UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04339
   DOROTHY M KLEIN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-6062
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/12/07 and confirmed on 07/17/07.

2. The case was dismissed after confirmation, 02/08/2008.

3. The Debtor paid a total of $ 2292.42 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 754.63 | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 82.01 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 9760.31 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 1372.33 | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 359.00 | .00 | 359.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2999.01 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 359.00 | 14968.29 | .00 | 15327.29 |
| PRINCIPAL PAID | .00 | 359.00 | .00 | .00 | 359.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 359.00 | .00 | .00 | 359.00 |

The Debtor's attorney, JOHN C DENT                , was allowed $ 3000.00 and was paid $ 1873.81 .

The Trustee received $ 59.61 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 05/20/08                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                       PAGE   2
     CASE NO. 07 B 04339 DOROTHY M KLEIN
```